170 A.3d 333

VIRENDRA PATEL, INDIVIDUALLY AND ON BEHALF OF S & P DONUTS, LLC, ET AL., PLAINTIFFS, v. SUNIL SHAH, ET AL., DEFENDANTS, AND VIRENDRA PATEL, PLAINTIFF, v. HJS FUNDING, LLC, DEFENDANT. VIRENDRA PATEL, INDIVIDUALLY AND ON BEHALF OF S & P DONUTS, LLC, ET AL., PLAINTIFFS–RESPONDENTS, v. SUNIL SHAH, ET AL., DEFENDANTS–PETITIONERS, AND VIRENDRA PATEL, PLAINTIFF, v. HJS FUNDING, LLC, DEFENDANT.

September 11, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–1650/1670–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.